

JTW: USAO#2014R00714

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. WDQ-14-0521 |
| v. | * |
| | * (Possession of a Firearm by a Felon, |
| **ROBERT NEDD,** | * 18 U.S.C. § 922(g)(1); Aiding and |
| a/k/a "Pizza," | * Abetting, 18 U.S.C. § 2) |
| | * |
| Defendant | * |
| | * |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about July 9, 2014, in the District of Maryland, the defendant,

**ROBERT NEDD,**
a/k/a "Pizza,"

having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a loaded Ruger P85, 9 mm semi-automatic handgun, bearing serial number 302-95196.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

/s/ 11/05/14
Foreperson

**SIGNATURE REDACTED**

Date