Case 1:14-cr-00521-JKB   Document 55-2   Filed 01/10/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Robert Nedd | Case No: JKB-14-0521<br>USM No: 58407-037 |
| Date of Original Judgment: 11/16/2016<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Sapna Mirchandani<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  120  months **is reduced to**  103 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The 103-month sentence is to run concurrent to the sentence imposed in Case No. JKB-14-0479-007.

Except as otherwise provided, all provisions of the judgment dated  11/16/2016  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Jan 12, 2024

Judge's signature

Effective Date:  02/01/2024
*(if different from order date)*

The Honorable James K. Bredar, U.S. District Judge
*Printed name and title*